# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 05-20233-M1 |
| | ) MOTION GRANTED |
| ROOSEVELT HENDERSON, | ) |
| Defendant. | ) |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

SEP 7 2005
DATE

## JOINT MOTION FOR EXTENSION OF TIME IN WHICH
## TO FILE POSITION PAPERS

Come now the United States of America, by and through the United States Attorney for the Western District of Tennessee and his duly authorized Assistant, David Pritchard, and Clifton Harviel, attorney for the Defendant, and would respectfully move this Honorable Court for an extension of time in which to file post-hearing memoranda and to exclude the time from the Speedy Trial calculations in the above-captioned matter. In support of this motion, the Government states the following:

1. A suppression hearing in this matter was held on August 19, 2005. The Court requested a post-hearing memorandum from both sides. The Defendant's memorandum was scheduled to be due ten(10) days after receipt of the hearing transcript and the Government's response due ten(10) days thereafter. The transcript was received on August 25, 2005. The Defendant's memorandum will be due the week of September 5, 2005. Defense counsel has grand jury service the week of

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-7-05



September 5, 2005 and would seek a one week extension. Government counsel will be out of the office from September 5 - 22. The Government requests an extension of time to file its response to September 30, 2005.

2. Undersigned counsel has conferred with Defense counsel who joins in the request. Based on the foregoing, the United States and the Defendant respectfully request that an extension of time be granted.

**WHEREFORE**, counsel for the United States and the Defendant respectfully move this Honorable Court to extend the time in which to file post-hearing memoranda and to exclude any time from the Speedy Trial Act calculations.

                                          Respectfully submitted,

                                          LAWRENCE LAURENZI
                                          Acting United States Attorney

By: _____
      David Pritchard, BPR# 18187
      Assistant United States Attorney
      167 No. Main, Suite 800
      Memphis, TN 38103

## CERTIFICATE OF SERVICE

I, DAVID PRITCHARD, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing MOTION has been forwarded to Mr. Clifton Harviel, Attorney for the defendant.

This 6th day of September, 2005.

_____
David Pritchard
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:05-CR-20233 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT