IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY JAW D.C.

05 DEC 20 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>Rosevelt Henderson<br><br>_____<br><br>_____<br><br>_____<br><br>    Defendant(s). | Criminal No. 05-20233 M1<br><br>(30-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the January, 2006, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, January 27, 2006, with trial to take place on the February, 2006, rotation calendar with the time excluded under the Speedy Trial Act through February 17, 2006. Agreed in open court at report date this 20th day of December, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-21-05

44

SO ORDERED this 20th day of December, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____
Clifton Harviel
Clifton Harviel (5589)
(901) 543-9799
Counsel for Defendant(s)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CR-20233 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT