```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | )   Cr. No. 05-20233-MaV |
| ROOSEVELT HENDERSON, | ) |
| Reg. No. 20313-076, | ) |
| | ) |
|     Defendant. | ) |

_____

         ORDER AND WRIT FOR HABEAS CORPUS AD TESTIFICANDUM
_____

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

WARDEN, USP, Pollock, Louisiana

   A hearing on defendant's motion to appoint CJA counsel for appeal has been set on Thursday, October 26, 2006, at 2:00 p.m. via video conference.  It is necessary to have Roosevelt Henderson, Reg. No. 20313-076, now being detained in the United States Peniteniary, Pollock, Louisiana appear for the video conference hearing with United States Magistrate Judge Diane K. Vescovo, Western District of Tennessee, Memphis, Tennessee.

   YOU ARE HEREBY COMMANDED to have Roosevelt Henderson available for the video conference hearing with Magistrate Judge Diane K. Vescovo at the date and time aforementioned.

   ENTERED this 16th day of October, 2006.


                              s/Diane K. Vescovo
                              DIANE K. VESCOVO
                              UNITED STATES MAGISTRATE JUDGE